IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STEPHEN LAKEITH JACKSON, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-61 (WLS-TQL) |
| | * |
| DOUG HANKS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated August 6, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 6th day of August, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk