IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| STEPHEN LAKEITH JACKSON, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-CV-61-WLS-ALS |
| | * |
| DOUG HANKS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 12, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 12th day of June, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk